IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **DATE FILED:** |
| **JOHN HAMMOND** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 15, 2019, in Harleysville, Montgomery County, in the Eastern District of Pennsylvania, defendant

**JOHN HAMMOND,**

knowing that he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Ruger Model AR-556, AR-15 semi-automatic rifle bearing serial number 853-23200; and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**JOHN HAMMOND**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of this offense, including, but not limited to:

(1) a Ruger Model AR-556, AR-15 semi-automatic rifle bearing serial number 853-23200; and

(2) Two AR-15 magazines;

(3) 61 rounds of .223 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

_____
**GRAND JURY FOREPERSON**

_____
**WILLIAM M. McSWAIN**
*United States Attorney*

2