# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-517 |
| v. | : | DATE FILED: |
| JOHN HAMMOND | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>18 U.S.C. § 922(o) (possession of a machinegun - 1 count)<br>26 U.S.C. §§ 5845(a)(6), (b), 5861(d), and 5871 (possession of a non-registered firearm – 1 count)<br>Notice of forfeiture |

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 15, 2019, in Harleysville, Montgomery County, in the Eastern District of Pennsylvania, defendant

**JOHN HAMMOND,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Ruger, Model AR-556, AR-15 semi-automatic rifle, bearing serial number 853-23200, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 15, 2019, in Harleysville, Montgomery County, in the Eastern District of Pennsylvania, defendant

**JOHN HAMMOND**

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, at least one of the following: 29 machinegun conversion devices intended for use in converting a Glock semi-automatic firearm to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 15, 2019, in Harleysville, Montgomery County, in the Eastern District of Pennsylvania, defendant

**JOHN HAMMOND**

knowingly possessed a machinegun as defined by Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), that is, at least one of the following: 29 machinegun conversion devices intended for use in converting a Glock semi-automatic firearm to fire automatically, not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a)(6), (b), 5861(d), and 5871.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 922(g)(1) and 922(o), and Title 26, United States Code, Section 5861(d), set forth in this superseding indictment, defendant

### JOHN HAMMOND

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of this offense, including, but not limited to:

(1) a Ruger, Model AR-556, AR-15 semi-automatic rifle, bearing serial number 853-23200;

(2) two AR-15 magazines;

(3) sixty-one rounds of .223 caliber ammunition; and

(4) twenty-nine machinegun conversion devices.

All pursuant to Title 28, United States Code, Section 2461(c), Title 26, United States Code, Section 5872, and Title 18, United States Code, Section 924(d).

A TRUE BILL:



GRAND JURY