IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | NO. 19-00517 |
| : | |
| : | |
| JOHN HAMMOND : | |

### ORDER

**AND NOW**, this day **24th** day of **January, 2022**, upon consideration of Defendant's Motions to Suppress (ECF Nos. 60, 79, 80), the Government's Responses thereto, the parties' proposed findings of fact and conclusions of law, and after a suppression hearing held on November 4, 2021, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that Defendant's Motions to Suppress (ECF Nos. 60, 79, 80) are **DENIED**.[1]

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] After the suppression hearing on November 4, 2021, the Court indicated that a hearing would be held on the parties' proposed findings of fact and conclusions of law. See Nov. 4, 2021 Ord., ECF No. 114. However, after reviewing the parties' submissions, the Court finds that no further argument is necessary and scheduling such an argument would unduly delay the trial scheduled for February 15, 2022.